IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Jenani, et al., | ) | NOTICE OF VOLUNTARY |
| Plaintiff(s) | ) | DISMISSAL PURSUANT TO |
| v. | ) | F.R.C.P. 41(a)(1)(A)(i) |
| | ) | |
| Scottrade, Inc. | ) | Case No.:   1:15-cv-08567-VSB |
| | ) | |
| Defendant(s) | ) | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs David Stern, Daniel Soffer, and Cyrus Jenani and/or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) Scottrade, Inc.

Date: May 11, 2016

_____
Signature of plaintiffs or plaintiff's counsel

733 Summer St., Ste. 304
Address

Stamford, CT 06901
City, State & Zip Code

203-992-4523
Telephone Number

**SO ORDERED:**

_____
**HON. VERNON S. BRODERICK**   5/12/16
**UNITED STATES DISTRICT JUDGE**